United States District Court Northern District Eastern Division

Dè Markus D. Bailey
Plaintiff,

vs.

JB Pritzker
Governor of Illinois
Sued in his Official
and Individual Capacity
Defendant,

case no. ______

Jury Demand

19cv7551
Judge Chang
Mag. Judge Cox

RECEIVED
NOV 13 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

"Civil Suit For Injunctive Relief"

Now comes the Plaintiff, Dè Markus D. Bailey, Pro'se whom respectfully moves this Honorable Court under and through the Supreme Authority of Article VI of the United States Constitution, as well as 28 USC 1331 [Emphasis Respectfully Added] to "Issue" at once an "order" that Prohibits the "State of Illinois" from using the "Cannabis Regulation and Taxation Act", signed into law on 6-25-19, in support herewith the Plaintiff submitts as follows:

## "Parties"

The Defendant, JB Pritzker is the Governor of Illinois, and he is situated at 100 W. Randolph St. Chicago-IL-60601, The Plaintiff De'Markus D. Bailey is situated at the United States Postal Service, P.O. Box 641, 51 E Clinton St. Joliet-IL-60432.

## "Statement of Jurisdiction"

This Honorable Court has Ultimate Jurisdiction pursuant to Article VI of the United States Constitution, as well as Federal Question Jurisdiction, pursuant 28 USC 1331.

## "BackGround"

On June 25, 2019 the Defendant "signed" into law the Cannabis Regulation and Taxation Act, this "Act" allows Illinois residents to "possess"

30 grams of cannabis flower," legally."

"The Claim"

In the United States, the Use and "possession" of Cannabis is "illegal" under federal law for any purpose, by way of the Controlled Substances Act of 1970. and as such the Defendant violated the Plaintiffs, 14th Amendment Due Process Right, when he signed, into law on June 25, 2019 the "Cannabis Regulation and Taxation Act.

"Relief Requested"

The Plaintiff respectfully request that this Court "Permanently" enjoin the "State of Illinois," from using the Cannabis Regulation and Taxation Act.

# "Declaration"

Pursuant to 28 USC 1746 I Declare under penalty of perjury the laws of the United States of America, the foregoing is true and correct.

Executed: 11/7/19

De'Markus Bailey
Plaintiff Prose

P.O. Box 641
Joliet IL 60432
(779) 703-3893